UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEVIN D. SUTTON,

        Petitioner,

                              CASE NO. 2:18-CV-12205
v.                            HONORABLE NANCY G. EDMUNDS

THOMAS WINN,

        Respondent.
_____/

## **ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION (DKT #26)**

Michigan prisoner Tevin Sutton ("Petitioner") has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state criminal proceedings. Respondent has recently filed an answer to the habeas petition contending that it should be denied. The matter is before the Court on Petitioner's motion for reconsideration of the Court's prior order denying his motion for a personal recognizance bond.

A motion for reconsideration which presents issues already ruled upon by a district court, either expressly or by reasonable implication, will not be granted. *Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner raises such issues in his motion. The Court properly denied his bond request for the reasons stated in its previous order. A further review of the case does not warrant a different conclusion. He fails to meet his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). Petitioner is not entitled to release on bond pending the resolution of his case.

Accordingly, the Court denies his motion for reconsideration.

**IT IS SO ORDERED**.


s/ Nancy G. Edmunds_____
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE

Dated: June 3, 2019