UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEVIN D. SUTTON,

        Petitioner,

v.

CASE NO. 2:18-CV-12205
HONORABLE NANCY G. EDMUNDS

THOMAS WINN,

        Respondent.
_____/

## OPINION AND ORDER GRANTING PETITIONER'S MOTIONS FOR NON-PREJUDICIAL DISMISSAL, DISMISSING WITHOUT PREJUDICE THE PETITION FOR A WRIT OF HABEAS CORPUS, AND DENYING A CERTIFICATE OF APPEALABILITY

This matter is before the Court on Petitioner's motions to voluntarily dismiss his pending habeas petition so that he may return to the state courts to pursue further challenges to his state criminal proceedings [Dkt. ## 34, 35]. The Court previously denied Petitioner's motions to stay the proceedings and hold this case in abeyance. Given that Petitioner seeks to exhaust additional issues in the state courts and given that he has sufficient time to do so within the one-year statute of limitations applicable to federal habeas actions, dismissal of the present habeas petition is appropriate.

Accordingly, the Court **GRANTS** Petitioner's motions for non-prejudicial dismissal and **DISMISSES WITHOUT PREJUDICE** the petition for a writ of habeas corpus. Additionally, the Court **DENIES** a certificate of appealability as reasonable jurists could not debate the correctness of the Court's procedural ruling. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); Slack v. McDaniel, 529 U.S. 473, 484-85 (2000). This case is **CLOSED**.

The Court does not retain jurisdiction over this matter. Should Petitioner wish to seek federal habeas relief following the exhaustion of state court remedies, he must file a <u>new</u> habeas petition in federal court within the time remaining on the one-year period of limitations.

**IT IS SO ORDERED.**

/s/ Nancy Edmunds
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE

Dated: September 17, 2019